**JOHN H. PODESTA, ESQ. [NBN. 7487]**
**BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**
643 Bair Island Road, Suite 400
Redwood City, California 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981

**ROBERT E. SCHUMACHER, ESQ. [SBN 7504]**
**PEEL BRIMLEY LLP**
3333 E. Serene, Suite 200
Henderson, NV 89074
Telephone: (702) 990-7272
Facsimile: (702) 990-7273
E-Mail: rschumacher@peelbrimley.com

Attorneys for Plaintiff, **PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Risk Retention Group<br><br>Plaintiff<br><br>vs.<br><br>BROCK & WEIGL CONSTRUCTION, INC., a Nevada Corporation,<br><br>Defendants. | CASE NO. 3:09-CV-00193-ECR-RAM<br>[Complaint filed: April 14, 2009]<br><br>**ORDER TO STAY THE CASE FOR NINETY DAYS** |

The Court has reviewed Plaintiff, PROBUILDERS SPECIALTY INSURANCE COMPANY'S ("PROBUILDERS") request that this matter be stayed for a period of ninety (90) days.

Good cause appearing therefor, the Court hereby orders that this litigation is hereby stayed.

Dated: _ July 30, 2009

_Edward C. Reed._
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER TO STAY THE CASE FOR NINETY (90) DAYS